ACCEPTED
04-15-00124-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/4/2015 5:42:07 PM
KEITH HOTTLE
CLERK

## Nos. 04-15-00124-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **HECTOR RAMIREZ** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/4/2015 5:42:07 PM
KEITH E. HOTTLE
Clerk

### STATEMENT OF COMPLIANCE

From the 227th District Court of Bexar County, Texas
Trial Court No. 2013-CR-2894
Hon. Kevin O'Connell, Judge Presiding

On April 23, 2015, this Court ordered Appellant to provide written proof that arrangements had been made with the court reporters regarding the record in this case. Appellant made payment in full to Ms. Erminia Uviedo on April 27, 2015 and her reporter's record was filed with this Court on May 1, 2015.

On April 29, 2015, Appellant also paid in full Ms. Lisa Ramos regarding her portion of the record in this case. Appellant also provided her with the Designation of Matters to be Included in the Record. Ms. Ramos filed her record with this Court on April 30, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court find that he has completed his obligation in securing the full record for consideration of this appeal.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:   /s/ Robert A. Jimenez
SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of May, 2015 a copy of the foregoing "Statement of Compliance" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on May 4, 2015.

/s/ ROBERT A. JIMENEZ